ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00042-CDB |
| Plaintiff, | MOTION TO UNSEAL CASE |
| v. | |
| OMAR GALARZA-MONTES, | |
| Defendant. | |

The government moves the Court to unseal the Complaint and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges.

Dated: June 4, 2026                         Very truly yours,

                                            ERIC GRANT
                                            United States Attorney


                                            /s/ Joseph Barton
                                            Joseph Barton
                                            Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR GALARZA-MONTES,<br><br>Defendant. | CASE NO. 5:25-MJ-00042-CDB<br><br>ORDER TO UNSEAL CASE |

Upon motion of the United States of America and good cause appearing due to Defendant's pending initial appearance in this case, it is HEREBY ORDERED that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated:  **June 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE